UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 12-8330-DMG (PJWx)** | Date | October 23, 2012 |
| Title | *Ingenuity 13 LLC v. John Doe* | | |

Present: The Honorable  **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS-TRANSFER OF CASE TO JUDGE GEE

Please take notice that this action has been reassigned to the HONORABLE DOLLY M. GEE, United States District Judge, pursuant to the Order re Transfer Pursuant to General Order 08-05 filed on October 17, 2012. Please take notice that the new Magistrate Judge is Judge Patrick J. Walsh.

Please substitute the initials DMG in place of the current initials, so that the case number will now read CV 12-8330-DMG (PJWx). As documents are routed using the judge's initials, it is imperative that the correct initials DMG be used on all subsequent filings to prevent any delays in the processing of documents.

Judge Gee's Courtroom Deputy Clerk is Valencia Vallery. She can be reached at (213) 894-5452. Judge Gee's courtroom is located on the 2nd floor of the Spring Street Courthouse, Courtroom #7.

Additional information about Judge Gee's procedures and schedules is available on the court's website at www.cacd.uscourts.gov.